# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL BARKASI,** *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>**AUTODESK, INC., ET AL.,**<br><br>Defendants. | **Case No.: 4:24-cv-02431-YGR**<br><br>**JUDGMENT** |

The Court, having ruled on defendants' motion, it is **ORDERED, ADJUDGED AND DECREED** that, in compliance with the Court's prior Order:

The Court **GRANTS** defendants' motion to dismiss the second amended class action complaint without leave to amend. Each party is to bear its own costs of the action.

The Clerk of the Court shall enter this judgment and close this matter.

**IT IS SO ORDERED.**

Dated: February 12, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**