# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** | Northern District of California |

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 4:24-cv-02431-YGR |

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 04/24/2024 |

Date of judgment or order you are appealing: | 01/26/2026; 02/12/2026 |

Docket entry number of judgment or order you are appealing: | 77; 78 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Canadian Elevator Industry Pension Trust Fund; Canadian Elevator Industry Life and Health Trust Fund (formerly known as Canadian Elevator Industry Welfare Fund), individually and on behalf of all others similarly situated

Is this a cross-appeal?  ○ Yes    ⦿ No

If yes, what is the first appeal case number? | |

Was there a previous appeal in this case?  ○ Yes    ⦿ No

If yes, what is the prior appeal case number? | |

Your mailing address (if pro se):

| |

| |

City: | |    State: | |    Zip Code: | |

Prisoner Inmate or A Number (if applicable): | |

**Signature** | s/Jason C. Davis |    **Date** | Mar 12, 2026 |

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                                 *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| Canadian Elevator Industry Pension Trust Fund; Canadian Elevator Industry Life and Health Trust Fund (formerly known as Canadian Elevator Industry Welfare Fund), individually and on behalf of all others similarly situated |
|---|

Name(s) of counsel (if any):

| ROBBINS GELLER RUDMAN & DOWD LLP<br>Spencer A. Burkholz; Steven F. Hubachek |
|---|

Address: 655 West Broadway, Suite 1900, San Diego, CA 92101

Telephone number(s): 619/231-1058

Email(s): spenceb@rgrdlaw.com; shubachek@rgrdlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes   ◯ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| Autodesk, Inc.; Andrew Anagnost; Deborah L. Clifford |
|---|

Name(s) of counsel (if any):

| WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>Caz Hashemi; Stephen B. Strain |
|---|

Address: 650 Page Mill Road, Palo Alto, CA 94304

Telephone number(s): 650/493-9300

Email(s): chashemi@wsgr.com; sstrain@wsgr.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                      *1*                                      *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Canadian Elevator Industry Pension Trust Fund; Canadian Elevator Industry Life and Health Trust Fund (formerly known as Canadian Elevator Industry Welfare Fund), individually and on behalf of all others similarly situated

Name(s) of counsel (if any):

ROBBINS GELLER RUDMAN & DOWD LLP
Shawn A. Williams; Jason C. Davis

Address: One Montgomery Street, Suite 1800, San Francisco, CA 94104

Telephone number(s): 415/288-4545

Email(s): shawnw@rgrdlaw.com; jdavis@rgrdlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ◯ No

**Appellees**

Name(s) of party/parties:

Autodesk, Inc.; Andrew Anagnost; Deborah L. Clifford

Name(s) of counsel (if any):

WILSON SONSINI GOODRICH & ROSATI Professional Corporation
Jessica L. Snorgrass

Address: 1900 Avenue of the Stars, 28th Floor, Los Angeles, CA 90067

Telephone number(s): 424/446-6900

Email(s): jsnorgrass@wsgr.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                     2                          *New 12/01/2018*

Continued list of parties and counsel:

**<u>Appellants</u>**

Name(s) of party/parties:
Canadian Elevator Industry Pension Trust Fund; Canadian Elevator Industry Life and Health Trust Fund (formerly known as Canadian Elevator Industry Welfare Fund), individually and on behalf of all others similarly situated

Name(s) of counsel (if any):
ROBBINS GELLER RUDMAN & DOWD LLP
Elizabeth A. Shonson; Luke Goveas

Address:  225 NE Mizner Boulevard, Suite 720, Boca Raton, FL 33432

Telephone number(s):  561/750-3000

Email(s): eshonson@rgrdlaw.com; lgoveas@rgrdlaw.com

1